UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

STEPHANIE LYNN SLOMINSKI,

                Plaintiff,                1:18-cv-932
                                                  (GLS/CFH)

        v.

NYS OFFICE OF MENTAL HEALTH
et al.,

                Defendants.
_____

APPEARANCES:                        OF COUNSEL:

FOR PLAINTIFF:
STEPHANIE LYNN SLOMINSKI
Plaintiff *Pro Se*
22 Hanover Drive
Delmar, New York 12054

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

    The above-captioned matter comes to this court following a Report-Recommendation and Order by Magistrate Judge Christian F. Hummel duly filed on December 6, 2018. (Dkt. No. 7.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

    No objections having been filed, and the court having reviewed the

Report-Recommendation and Order for clear error, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 7) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's Title VII claim against defendant Wendy Fox is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that plaintiff's New York State Human Rights Law (NYSHRL) claim against defendant New York State Office of Mental Health (OMH) is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that plaintiff's NYSHRL claim is **DISMISSED WITH PREJUDICE** against Fox in her official capacity; and it is further

**ORDERED** that plaintiff's demand for punitive damages under the NYSHRL against defendants is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that plaintiff's demand for punitive damages under Title VII against the OMH is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the case is returned to Magistrate Judge Hummel for issuance of summonses on the remaining claims; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the plaintiff

in accordance with the Local Rules.

**IT IS SO ORDERED.**

January 7, 2019
Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
U.S. District Judge